IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ROBERT T. BALLARD**                                          **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 5:00-CV-5DCB-JMR**

**JO ANNE B. BARNHART**[1]/
**Commissioner of Social Security**                            **DEFENDANT**

## FINAL JUDGMENT

Pursuant to Stipulation of Dismissal filed in this cause by the parties, the Court finds that this matter should be dismissed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause be, and the same is hereby, dismissed.

SO ORDERED this the  26th  day of  October , 2006.


                                         s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE

---

[1]/ Jo Anne B. Barnhart, the current Commissioner of Social Security, should be substituted for Larry J. Massanari as the Defendant in this case.